| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>United States Attorney<br>ADRIAN T. KINSELLA<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**
Sep 01, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:23-sw-0896 JDP

| In the Matter of the Search of: | CASE NO. |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-319-1051 | SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: September 1, 2023

_____
Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

SEALING ORDER