PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Oct 24, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of | ORDER TO UNSEAL SEARCH WARRANTS |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-319-1051 | 2:23-sw-0896 JDP |
| THE PERSON OF SEAN THOMAS DELAPP | 2:23-sw-0904 CKD |
| 532 WALLACE AVENUE, VALLEJO, CALIFORNIA | 2:23-sw-0905 CKD |
| A 2013 MERCEDES BENZ BEARING CALIFORNIA LICENSE PLATE 8FFS939 | 2:23-sw-0906 CKD |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed.

Dated: 10/24/2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL SEARCH WARRANTS;